IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| STEVEN R. BLACK, | § |  |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:16-CV-2351-M |
| TARGET CORPORATION, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The *Motion to Dismiss Under Federal Rule of Civil Procedure 41(B) in Brief in Support*, filed September 20, 2016 (doc. 9), is **DENIED**.

SIGNED this 12th day of December, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE